IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISCTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IRA ROBB, Individually and as General Partner of IRACINI EQUITY, LP, EDWARD LESHIN, and LEONARD and KIMBERLY ALMALECH as Co-Trustees of the ALMALECH LIVING TRUST,** )<br>)<br>)<br>)<br>)<br>)<br>) | |
| ) | Case No. |
| Petitioner, )<br>) | |
| v. )<br>) | |
| **NEUBERGER BERMAN, LLC and BRIAN HAHN,** )<br>)<br>) | |
| Respondents. ) | |

**PETITITON TO CONFIRM ARBITRATION AWARD**

NOW COME Petitioners, Ira Robb, Individually and as General Partner of IraCini Equity, LP, Edward Leshin, and Leonard and Kimberly Almalech as Co-Trustees of the Almalech Living Trust, by and through their undersigned attorneys, by and through her undersigned attorney, and, pursuant to 9 U.S.C. § 9, moves to confirm an arbitration award, stating as follows:

1. Petitioners filed an arbitration against the Respondents before the Financial Industry Regulatory Authority ("FINRA") on May 11, 2010, FINRA Arb. No. 10-02252 ("the arbitration") alleging, *inter alia* violation of the Securities Exchange Act of 1934, involving various securities sold to the Claimants by Respondents.

2. Hearings were held in the arbitration by FINRA during May of 2011 in Chicago, Illinois.

5. Jurisdiction of is conferred on this Court pursuant to by 28 U.S.C. § 1331, and 9 U.S.C. § 9.

6. On July 15, 2011, an award (a copy of which is attached as Exhibit "A" hereto) was entered by FINRA in the arbitration.

6. A copy of this motion to Confirm has been served via email and facsimile on the counsel of record for Respondents who appeared for Respondents during the arbitration.

WHEREFORE, the Petitioners pray that judgment be entered consistent with the arbitration award attached as Exhibit "A" hereto.

Respectfully submitted,

\_\_/s/ Nicholas P. Iavarone_____
One of Movants' Attorneys

Nicholas P. Iavarone, Esq.
33 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 637-9466
(800) 417-0580 (fax)

Alan F. Block, Esq.
Block & Landsman
Chicago, Illinois
33 N. LaSalle Street, Suite 1400
(312) 251-1144
(312) 251-1147 (fax)

THEN JUST A PROOF OF SERVICE NAMING BOTH ZACK AND MUNRO