# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
### Eastern Division

Ira Robb
                Plaintiff,

v.                                    Case No.: 1:11−cv−04804
                                           Honorable Blanche M. Manning

Neuberger Berman, LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 30, 2011:

      MINUTE entry before Honorable Blanche M. Manning: Plaintiffs' petition to confirm the arbitration award [1] is granted. The award at issue in both cases is hereby confirmed. The Clerk is directed to terminate he cross petition to confirm [6] as duplicative of the petition in case no. 11 C 5499. Plaintiffs are directed to submit a proposed judgment order by 9/1/2011.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.