IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA ROBB, Individually and as General Partner of IRACINI EQUITY LP, EDWARD LESHIN, and LEONARD and KIMBERLY ALMALECH, as Co-Trustees of the ALMALECH LIVING TRUST, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:11-cv-04804<br>) |
| v. | ) Honorable Blanche M. Manning<br>) |
| NEUBERGER BERMAN LLC and BRIAN HAHN, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |
| ------------------------------------------------ | )<br>) |
| NEUBERGER BERMAN LLC, et al., | )<br>) Case No. 1:11-cv-05499 |
| Cross-Petitioners, | )<br>) |
| v. | ) Honorable Blanche M. Manning<br>) |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., IRA ROBB, Individually and as General Partner of IRACINI EQUITY LP, and as beneficiary of the IRA ROBB ROLLOVER IRA, EDWARD W. LESHIN, Individually and as beneficiary of the EDWARD W. LESHIN ROLLOVER IRA, and LEONARD and KIMBERLY ALMALECH, Individually and as Co-Trustees of the ALMALECH LIVING TRUST, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Cross-Respondents. | ) |

FILED
NOV 0 3 2011
Judge Blanche M. Manning
United States District Court

## FINAL JUDGMENT ORDER
## CONFIRMING ARBITRATION AWARD

On July 15, 2011, plaintiffs commenced this action by filing a Petition to Confirm Arbitration Award (the "Petition") pursuant to the Federal Arbitration Act (the "FAA"), 9 U.S.C. §§ 1, et seq. The award at issue (the "Award") was a final award rendered on July 15, 2011 in an arbitration proceeding before the Financial Industry Regulatory Authority ("FINRA"), FINRA Arb. No. 10-02252.

On August 11, 2011, defendants filed a Cross-Petition to Confirm the Award (the "Cross-Petition") in this action and subsequently re-filed it on August 16, 2011 as the opening document in the related case No. 1:11-cv-5499.

All parties in both cases consent to confirmation of the Award, including the expungement ordered in the Award. Defendants have fully satisfied their obligations under the Award.

On August 30, 2011, this Court entered an Order (i) granting plaintiff's Petition, (ii) confirming the Award, and (iii) directing the Clerk to terminate the Cross-Petition in 11-cv-5499 as duplicative of this case.

NOW, THEREFORE, it is ORDERED, ADJUDGED AND DECREED as follows:

1. The Petition is granted ;and

2. The Arbitration Award is confirmed in its entirety pursuant to Section 9 of the FAA and judgment is entered on the Award pursuant to Section 13 of the FAA.

ENTER:

_Blanche M. Manning_
Blanche M. Manning
United States District Judge

DATED: November 4, 2011